NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANNY R. BROWN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7062

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-1403.

---

**ON MOTION**

---

**O R D E R**

Danny R. Brown moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

DANNY BROWN v. SHINSEKI                                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24